574

389 A.2d 196

Commonwealth v. Jackson, Appellant.

Submitted November 14, 1977. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 196

Commonwealth v. Johnson, Appellant.

Submitted December 6, 1977. Ronald C. Travis, and Candor, Youngman, Gibson & Gault, for appellant; Robert F. Banks, First Assistant District Attorney, and William S. Kieser, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.